IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATRINA WILLIAMS, KRYSTAL WILLIAMS,
AND ROSETTA ROBINSON                                            PLAINTIFFS

V.                    CASE NO. 4:03-CV-1017 (RSW)

LUCKIE BREWER                                                    DEFENDANT

### ORDER

**IT IS HEREBY ORDERED** that the Final Pretrial Conference in the above captioned case is continued until **Wednesday, September 14, 2005, at 10:00 a.m.** . The final pretrial conference will be held by video-conference before this court at the Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas **in Courtroom No. 570**.

**IT IS SO ORDERED**, this 15th day of August, 2005.

_____
RODNEY S. WEBB, DISTRICT JUDGE
UNITED STATES DISTRICT COURT