IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATRINA WILLIAMS, KRYSTAL WILLIAMS,
AND ROSETTA ROBINSON                                             PLAINTIFFS

V.                       CASE NO. 4:03-CV-1017 (RSW)

LUCKIE BREWER                                                     DEFENDANT

### O R D E R

Before the Court is plaintiffs' Motion for Voluntary Dismissal or in the Alternative Motion for Continuance (doc. #74). The Court held a Final Pretrial Conference on September 14, 2005, at which the parties addressed plaintiffs' Motion.

For the reasons discussed at the Final Pretrial Conference, the plaintiffs' Motion for Voluntary Dismissal is **DENIED**. However, the plaintiffs' request for a continuance is **GRANTED**. Trial in the above captioned case is continued until November 14, 2005. The defendant is not foreclosed from moving for reasonable expenses incurred as result of this delay, including attorney's fees. The Court will not rule on such a request until after the trial in this matter is complete.

In addition, **IT IS HEREBY ORDERED** that the parties shall hold a conference, in person, at the office of defendant's counsel on September 28th, 2005, at 11:00 a.m, to complete the Joint Final Pretrial Statement. The parties shall submit the Final Pretrial Statement to the Court no later than September 30, 2005. The plaintiffs shall disclose all necessary information

that is to be included in the Final Pretrial Statement to the defendant by September 23, 2005.

**IT IS SO ORDERED**, this 14th day of September, 2005.

Rodney S. Webb
RODNEY S. WEBB, DISTRICT JUDGE
UNITED STATES DISTRICT COURT