IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATRINA WILLIAMS, KRYSTAL WILLIAMS,
AND ROSETTA ROBINSON                                    PLAINTIFFS

V.                    CASE NO. 4:03-CV-1017 (RSW)

LUCKIE BREWER                                           DEFENDANT

## O R D E R

Before the Court is defendant's Motion for Stay of Proceedings to Enforce a Judgment (doc. #100). Luckie Brewer moves for a stay pursuant to Rule 62(b) of the Federal Rules of Civil Procedure. For good cause shown, the defendant's Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the execution of or any proceedings to enforce the Judgment filed in the above-captioned case are stayed until the Court resolves the Motion for New Trial (doc. #98) and Motion to Deposit Funds (doc. #99) currently pending in this case.

**IT IS SO ORDERED**, this 7th day of December, 2005.

RODNEY S. WEBB, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

1